Petition for Writ of Mandamus Denied and Memorandum Opinion filed
September 18, 2007








Petition for Writ of
Mandamus Denied and Memorandum Opinion filed September 18, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00674-CV

____________

 

IN RE LEROY EUGENE JOHNSON,

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M  O P I N I O N

On
August 14, 2007, relator Leroy Eugene Johnson, an inmate in the Texas
Department of Corrections, Institutional Division, filed a mandamus petition in
this court seeking a writ ordering respondent, the Honorable Charles Hearn,
presiding judge of the 339th District Court, Harris County, to rule on a motion
for DNA testing and for appointment of counsel.[1]   









Relator
has failed to establish that he is entitled to the mandamus relief requested. 
Accordingly, we deny relator=s petition for writ of mandamus.    

 

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed September
18, 2007.

Panel consists of Chief Justice Hedges, Justices
Anderson and Seymore.









[1]See Tex. Gov=t Code Ann. '
22.221 (Vernon 2004).